# U.S. District Court
## California Northern District (San Francisco)
### CRIMINAL DOCKET FOR CASE #: 3:23-mj-71511-MAG-1

| | |
|---|---|
| Case title: USA v. Schmidt | Date Filed: 10/06/2023 |
| Other court case number: 23-cr-158 JCC Western District of Washington | Date Terminated: 10/10/2023 |

Assigned to: Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Joseph Daniel Schmidt**<br>*TERMINATED: 10/10/2023* | represented by | **Severa Keith**<br>Office of the Federal Public Defender<br>450 Golden Gate Avenue, 19th Floor<br>San Francisco, CA 94102<br>(415) 436-7700<br>Fax: (415) 436-7706<br>Email: Severa_Keith@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** |
|---|
| None |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** |
|---|
| None |

| **Complaints** | **Disposition** |
|---|---|
| 18:793 Attempt to Deliver National Defense Information | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **S. Waqar Hasib**<br>DOJ-USAO<br>450 Golden Gate Avenue<br>Box 36055<br>San Francisco, CA 94102<br>415-436-7071<br>Email: waqar.hasib@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2023 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Joseph Daniel Schmidt (1). (lsk, COURT STAFF) (Filed on 10/6/2023) (Additional attachment(s) added on 10/6/2023: # 1 Attachment) (lsk, COURT STAFF). (Entered: 10/06/2023) |
| 10/06/2023 | 2 | Sealed Document. No NEF issued; not served by CSA. (lsk, COURT STAFF) (Filed on 10/6/2023) (Entered: 10/06/2023) |
| 10/06/2023 | 3 | NOTICE *Notice Of Proceedings On Out-Of-District Criminal Charges Pursuant To Rules 5(C)(2) And (3) Of The Federal Rules Of Criminal Procedure* by USA as to Joseph Daniel Schmidt (Attachments: # 1 Redacted Attachment)(Hasib, S.) (Filed on 10/6/2023) (Entered: 10/06/2023) |
| 10/06/2023 | 4 | **ORDER as to Joseph Daniel Schmidt excluding time 10/6/2023-10/10/2023. Signed by Magistrate Judge Lisa J. Cisneros on 10/6/2023. (lsk, COURT STAFF) (Filed on 10/6/2023) (Entered: 10/06/2023)** |
| 10/06/2023 | 5 | Minute Entry for proceedings held before Magistrate Judge Lisa J. Cisneros: Initial Appearance as to Joseph Daniel Schmidt held on 10/6/2023, remanded to custody.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>Added attorney Severa Keith for Joseph Daniel Schmidt. Status Conference re detention/submit financial affidavit set for 10/10/2023 10:30 AM in San Francisco, Courtroom 14, 18th Floor before Magistrate Judge Lisa J. Cisneros. Recording Time Liberty Recording: 11:11 -11:24. (lsk, COURT STAFF) (Filed on 10/6/2023) (Entered: 10/06/2023) |
| 10/10/2023 | 6 | Minute Entry for proceedings held before Magistrate Judge Lisa J. Cisneros: Status Conference as to Joseph Daniel Schmidt held on 10/10/2023. Defense to submit proposed release order. The defendant waives his right to Rule 5 and 5.1 hearings. Time is excluded under STA from October 10, 2023 to October 31, 2023 for effective preparation counsel. Recording Time 11:21-11:24, 11:45-11:51. (exl, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/11/2023) |
| 10/10/2023 | 7 | WAIVER of Rule 5 Hearings by Joseph Daniel Schmidt (exl, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/11/2023) |
| 10/10/2023 | 8 | **STIPULATED ORDER EXCLUDING TIME UNDER THE SPEEDY TRAL ACT as to Joseph Daniel Schmidt. Signed by Magistrate Judge Lisa J. Cisneros on** |

| | | |
|---|---|---|
| | | 10/10/2023. (exl, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/11/2023) |
| 10/10/2023 | 9 | **COMMITMENT TO ANOTHER DISTRICT as to Joseph Daniel Schmidt. Defendant committed to District of Western District of Washington. Signed by Magistrate Judge Lisa J. Cisneros on 10/10/2023. (exl, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/11/2023)** |
| 10/11/2023 | 10 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to Western District of Washington of a Rule 5 Appearance as to Joseph Daniel Schmidt. Your case number is: 23-cr-158-JCC. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (exl, COURT STAFF) (Filed on 10/11/2023) (Entered: 10/11/2023) |