THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR23-0158-JCC |
| Plaintiff, | ORDER |
| v. | |
| JOSEPH DANIEL SCHMIDT, | |
| Defendant. | |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 41), to which there has been no timely objection, and subject to consideration of the Plea Agreement (Dkt. No. 40) under Federal Rule of Criminal Procedure 11, hereby accepts Defendant's plea of guilty to the charges contained in Count 1 and Count 2 of the Indictment, and Defendant is adjudged guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 8th day of July 2025.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR23-0158-JCC
PAGE - 1